# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-8521-GW(FFMx) | Date | July 12, 2016 |
|---|---|---|---|
| Title | *Free Free USA, Inc. v. HDS Trading Corp.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On July 11, 2016, Plaintiff Free-Free (USA) Inc. filed a Notice of Settlement. The Court sets an Order to Show Cause hearing re: Settlement is set for July 25, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Notice of Dismissal, is filed by noon on July 22, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

| | : |
|---|---|
| Initials of Preparer | JG |